UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

| | | | |
|---|---|---|---|
| Case No. | 2:15−cv−04028−DMG | Date | 6/4/2015 |
| Title | IN RE JUAN CARLOS ZAPATA AND PATRICIA ULTRERAS | | |

Present :   The Honorable <u>DOLLY M. GEE, UNITED STATES DISTRICT JUDGE</u>

| KANE TIEN | NOT REPORTED |
|---|---|
| Deputy Clerk | Court Reporter |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| NONE PRESENT | NONE PRESENT |

**Proceedings:   (IN CHAMBERS)  PILOT PROJECT RE SEALED DOCUMENTS**

Judge Dolly M. Gee is participating in a pilot project regarding the submission of SEALED DOCUMENTS. Effective July 8, 2013, all proposed sealed documents must be submitted via e−mail to the Judge's Chambers email at DMG_Chambers@cacd.uscourts.gov. Please refer to the Court's website @ www.cacd.uscourts.gov, under Judge Gee's Procedures and Schedules (paragraph 18) for detailed instructions for submission of sealed documents.

IT IS SO ORDERED.

Initials of Deputy Clerk:  kti