UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES - GENERAL

Case No.   **CV 15-4028-DMG**                                          Date   August 4, 2015

Title   *In re Juan Carlos Zapata and Patricia Ultreras*

Present: The Honorable   DOLLY M. GEE, UNITED STATES DISTRICT JUDGE

| Kane Tien | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff(s) | Attorneys Present for Defendant(s) |
|---|---|
| Not Present | Not Present |

**Proceedings: IN CHAMBERS – ORDER GRANTING APPELLANT'S MOTION TO EXTEND TIME TO FILE BRIEF [11]**

　　The Court, having reviewed Appellant's motion to extend time [Doc. # 11], hereby GRANTS the motion setting the following briefing schedule: appellant's opening brief due 8/17/15; appellee's brief due 8/31/15; appellant's reply brief due 9/14/15.

　　The Court refers Appellant to the third paragraph of the briefing schedule [Doc. # 10] which instructs "pro se litigants shall continue to present all documents to the Clerk for filing in paper format."

　　IT IS SO ORDERED.