# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### NOTICE OF DOCUMENT DISCREPANCIES

To: ☒ U.S. District Judge / ☐ U.S. Magistrate Judge  DOLLY M. GEE

From: Kane Tien                       , Deputy Clerk     Date Received: January 4, 2016

Case No.: CV 15-4028-DMG          Case Title: In re Juan Carlos Zapata and Patricia Ultreras

Document Entitled: Appellant's motion for expedited stay pending appeal.

Upon the submission of the attached document(s), it was noted that the following discrepancies exist:

- ☐ Local Rule 5-4.1      Documents must be filed electronically
- ☐ Local Rule 6-1        Written notice of motion lacking or timeliness of notice incorrect
- ☐ Local Rule 7-19.1     Notice to other parties of ex parte application lacking
- ☐ Local Rule 7.1-1      No Certification of Interested Parties and/or no copies
- ☐ Local Rule 11-3.1     Document not legible
- ☐ Local Rule 11-3.8     Lacking name, address, phone, facsimile numbers, and e-mail address
- ☐ Local Rule 11-4.1     No copy provided for judge
- ☐ Local Rule 11-6       Memorandum/brief exceeds 25 pages
- ☐ Local Rule 11-8       Memorandum/brief exceeding 10 pages shall contain table of contents
- ☐ Local Rule 15-1       Proposed amended pleading not under separate cover
- ☐ Local Rule 16-7       Pretrial conference order not signed by all counsel
- ☐ Local Rule 19-1       Complaint/Petition includes more than 10 Does or fictitiously named parties
- ☐ Local Rule 56-1       Statement of uncontroverted facts and/or proposed judgment lacking
- ☐ Local Rule 56-2       Statement of genuine disputes of material fact lacking
- ☐ Local Rule 83-2.5     No letters to the judge
- ☒ Fed. R. Civ. P. 5     No proof of service attached to document(s)
- ☒ Other:  No proof of service as to Appellees Veri Prise Processing Solutions, LLC and The Bank of New York Mellon

Please refer to the Court's website at www.cacd.uscourts.gov for Local Rules, General Orders, and applicable forms.

---

### ORDER OF THE JUDGE/MAGISTRATE JUDGE

IT IS HEREBY ORDERED:

☐ The document is to be filed and processed. The filing date is ORDERED to be the date the document was stamped "received but not filed" with the Clerk. Counsel* is advised that any further failure to comply with the Local Rules may lead to penalties pursuant to Local Rule 83-7.

_____        _____
Date                                  U.S. District Judge / U.S. Magistrate Judge

☒ The document is **NOT** to be filed, but instead **REJECTED**, and is ORDERED returned to counsel.* Counsel* shall immediately notify, in writing, all parties previously served with the attached documents that said documents have **not** been filed with the Court.

1/6/16                                /s/ Dolly M. Gee
Date                                  U.S. District Judge / U.S. Magistrate Judge

* The term "counsel" as used herein also includes any pro se party. See Local Rule 1-3.

COPY 1 -ORIGINAL-OFFICE    COPY 2 -JUDGE    COPY 3 -SIGNED & RETURNED TO FILER    COPY 4 -FILER RECEIPT

CV-104A (06/13)                NOTICE OF DOCUMENT DISCREPANCIES

Juan Carlos Zapata, Plaintiff-Appellant *pro se*
4202 Calle Real Apt. #104
Santa Barbara, CA 93110
805-452-5736

## UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re Zapata and Ultreras,<br><br>　　　　　　　　　　Debtors | CASE NO: 2:15-cv-04028-DMG |
| JUAN CARLOS ZAPATA,<br>　　　　　Plaintiff-Appellant,<br>v.<br>NATIONSTAR MORTGAGE, LLC,<br>*et al.*,<br>　　　　　Defendants-Appellees. | DEBTOR-APPELLANT'S MOTION FOR **EXPEDITED STAY PENDING APPEAL** – FRBP 8005<br><br>*No Oral Argument Requested* |

I move this court to stay the proceeding of the bankruptcy court's case #9:10-bk-14200-PC, pending this appeal. I base this motion on FRBP 8005, the case record and:

### BACKGROUND

Defendant-Appellee Nationstar Mortgage, LLC ("Nationstar") has moved the bankruptcy court for relief from the stay preventing it from selling my home, the very same real property which is the subject of my

adversary proceeding on appeal here.[1]

I call this court's attention to the fact although *all* Appellees were served with my opening brief,[2] no Appellee, including Nationstar, bothered to submit an answering brief in this appeal.[3]

## AUTHORITY FOR THIS ORDER

This court has original, but not exclusive, jurisdiction over bankruptcy cases.[4] FRBP 8005 provides all the authority it needs to order the relief I am requesting here. That Rule provides in its relevant parts:

> "A motion for. . .other relief pending appeal must ordinarily be presented to the bankruptcy judge in the first instance. . .subject to the power of the district court. . . the bankruptcy judge may suspend or order the continuation of other proceedings in the case under the Code or make any other appropriate order during the pendency of an appeal on such terms as will protect the rights of all parties in interest. A motion for such relief. . .may be made to the district court or the bankruptcy appellate panel, but the motion shall show why the relief, modification, or termination was not obtained from the bankruptcy judge."

I'm aware in seeking this discretionary stay pending appeal under this Rule I must prove:

---

1 *See* bankruptcy court's case #9:10-bk-14200-PC, docket ##74-74
2 *See* this case's docket #17, page 4
3 Docket #16: "appellants reply brief due11/10/15"
4 28 U.S.C. § 1334

Page Page numbers - MOTION FOR EXPEDITED STAY PENDING APPEAL

"(1) appellant is likely to succeed on the merits of the appeal; (2) appellant will suffer irreparable injury; (3) no substantial harm will come to appellee; and (4) the stay will do no harm to the public interest."[5]

That my appeal is likely to succeed is plain – as shown above, Judge Carroll cannot be trusted to be bound by laws and rules; he can be trusted only to abuse discretion and commit clear, manifest errors.

That I would "suffer irreparable injury" by the stay being lifted as also clear – Nationstar could swiftly straight to selling my home and possibly rendering this appeal moot. After all, although my appeal is unopposed, this is now nearly three months after my 4-page brief was filed and served, and this court has not yet given a decision on it. No disrespect intended.

I do not believe it's possible for any "substantial harm will come to appellee." It has yet to prove it has any interest whatsoever in my property.[6]

Finally, I cannot imagine how approving this stay could possibly do "harm to the public interest" – this is my home, not theirs.

I would also have the court take notice this stay could be issued "sua

---

[5] *In re Irwin*, 338 B.R. at 843
[6] CUCC 3103(a)(8), (10); 3301; 3501(b)(3)

Page Page numbers - MOTION FOR EXPEDITED STAY PENDING APPEAL

sponte."[7] There is also authority for my failure to meet my burden here will not preclude this court from issuing the stay; the same authority suggests that the four factor test for a stay may not be appropriate in all circumstances, and need not be applied rigidly.[8]

### "why the relief. . .was not obtained from the bankruptcy judge"

Rule 8005 requires this. As my *unopposed* opening brief showed,[9] the cause of this appeal lies with the fact Judge Carroll simply *cannot* be trusted to "secure the just, speedy, and inexpensive determination of [this] case and proceeding."[10] Or to be at all impartial, fair, and faithful to administering the law.[11]

### Authority to protect the status quo *ante*

My intent for applying to this court for this stay is to restore this case's "status quo ante."[12] I believe this approach is sound due to the fact this

---

7 *In re Ewell*, 958 F2d 276 279 (9th Cir 1992)
8 *In re Gleasman*, 111 B.R. 595, 599--600 (Bankr. W.D. Tex. 1990)
9 Docket #17, page 3
10 FRBP 1001
11 "Discretion will be found to have been abused when the judicial action is arbitrary, fanciful or unreasonable. . ." *In re Irwin*, 338 B.R. 839, 844 (E.D. Cal. 2006)
12 "[Latin] The situation that existed before something else (being discussed) occurred." - Black's Law Dictionary 1448 (8th ed. 2004); *see also Sierra Forest Legacy v. Rey*, 577 F.3d 1015, 1023 (9th Cir. 2009) (a preliminary

court has original jurisdiction of these lower bankruptcy cases as a matter of law.[13] Additionally, FRBP 8017(c) provides this court acting as an appellate court has the authority "to make any order appropriate to preserve the status quo."[14]

Because Judge Carroll lacked authority to enter orders in a non-core proceeding, those orders appealed here were clearly void as a matter of law,[15] not merely voidable,[16] I seek to rewind the case timeline to before the final Order was entered. It's plainly and painfully obvious Judge Carroll arrogated to himself authority no bankruptcy judge has.[17]

---

    injunction's sole purpose is to preserve the *status quo ante litem* – the status that existed before the lawsuit – *pending a determination of the case on the merits*)

[13] 28 U.S.C.A. § 1334; *see especially*: "(e) The district court in which a case under title 11 is commenced or is pending shall have exclusive jurisdiction— (1) **of all the property, wherever located, of the debtor as of the commencement of such case, and of property of the estate**"

[14] 28 U.S.C.A. § 158(a); *see also In re Henry Mayo Newhall Memorial Hospital*, 282 B.R. 444, Footnote 4 (2002): "The controlling grant of appellate jurisdiction is: (a) The district courts of the United States shall have jurisdiction to hear appeals..."

[15] 28 U.S.C.A. § 157(c),

[16] "Of no legal effect; null." - same Black's page 1604; "Valid until annulled" - Black's page 1605

[17] "claiming or taking something without the right to do so" - same Black's, page 118

## RELIEF REQUESTED

This court's order to stay the proceeding of the bankruptcy court's case #9:10-bk-14200-PC, pending this appeal, and/or an order appropriate to preserve the status.

I do not make this Motion for any improper purpose whatsoever. I reserve my right to have the court construe this motion according to 7008(a) and FRBP 1001. I expressly reserve the right to amend or supplement this Motion if I believe it is necessary.

I also certify on this date I mailed a true copy of this Motion to Nationstar's attorney of record. I will also bring true copies to the hearing scheduled for Tuesday, January 5th.

*Respectfully submitted, without prejudice, on January 2, 2016*

By: _____

*Juan Carlos Zapata*

Page Page numbers - MOTION FOR EXPEDITED STAY PENDING APPEAL

