UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| Case No. | CV 15-4028-DMG<br>9:10-bk-14200-PC<br>9:15-ap-01015-PCx | Date | July 6, 2016 |
| --- | --- | --- | --- |

| Title | *In re Juan Carlos Zapata and Patricia Ultreras* | Page | 1 of 2 |
| --- | --- | --- | --- |

Present: The Honorable    DOLLY M. GEE, UNITED STATES DISTRICT JUDGE

| KANE TIEN | NOT REPORTED |
| --- | --- |
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff(s) | Attorneys Present for Defendant(s) |
| --- | --- |
| None Present | None Present |

**Proceedings:   IN CHAMBERS - ORDER TO SHOW CAUSE WHY CASE SHOULD NOT
BE DISMISSED FOR FAILURE TO COMPLY WITH FED. R. BANKR. P.
8009(b)(5)**

The docket reflects that a bankruptcy appeal has been filed in the above-entitled action,
but that appellant has not filed the required **notice of transcripts**. *See* Doc. #9.

Under Federal Rule of Bankruptcy Procedure 8009(b)(5):

> If the appellant intends to argue on appeal that a finding or conclusion is
> unsupported by the evidence or is contrary to the evidence, the appellant must
> include in the record a transcript of all relevant testimony and copies of all
> relevant exhibits.

Fed. R. Bankr. P. 8009(b)(5).

Here, the Certificate of Readiness and Completion of Record filed on July 6, 2015
indicated that Zapata did not request transcripts.  [Doc. # 9.]  But because the Bankruptcy
Court's dismissal was founded on "findings of fact and conclusions of law stated orally," and
because Zapata asserts in the appeal that the dismissal of the adversary proceeding was both
unsupported and contrary to the evidence, he must produce a transcript of the relevant testimony
and copies of all relevant exhibits from the May 7, 2015 status conference where the court orally
stated the factual and legal bases for the dismissal.[1]  *See* Doc. # 17 (Appellant's Opening Brief)
("Judge Carroll and the bankruptcy court utterly failed to construe bankruptcy law").  Zapata has
neither filed the notice of transcripts nor produced the transcripts required to bring the appeal.

---

[1] *See In re Juan Carlos Zapata and Patricia Ultreras*, No. CV 15-01015 PC (U.S. Bankr. Ct. C.D. Cal. May 18,
2015), Corrected Order of Dismissal [Doc. # 15].

| CV-90 | **CIVIL MINUTES—GENERAL** | Initials of Deputy Clerk KT |
| --- | --- | --- |

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| Case No. | **CV 15-4028-DMG**<br>**9:10-bk-14200-PC**<br>**9:15-ap-01015-PCx** | Date | July 6, 2016 |
|----------|----------------------|------|--------------|

| Title | *In re Juan Carlos Zapata and Patricia Ultreras* | Page | 2 of 2 |
|-------|--------------------------------------------------|------|--------|

   Zapata is Ordered to Show Cause by no later than **July 20, 2016** why his appeal before this Court should not be dismissed for this deficiency.  To show cause, Zapata must complete two steps:  (1) order the transcripts from the May 7, 2016 hearing, and (2) file the notice of transcripts with the Clerk of the Bankruptcy Court.[2]

   If Zapata does not cure the deficiency identified above by the **July 20, 2016** deadline, his appeal will be dismissed.

   **IT IS SO ORDERED.**

---

[2] *See* http://www.cacb.uscourts.gov/forms/transcript-order-form-and-instructions, and http://www.cacb.uscourts.gov/forms/notice-transcripts-designated-appeal for instructions on ordering transcripts and filing notice of transcripts, respectively.